# Morgan Lewis

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/4/2021

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

March 4, 2021

<u>Via ECF</u>
The Honorable Alison J. Nathan
United States District Judge
United States District Court
 For the Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

Re: *Sanchez v. Morningstar, Inc.*, Case No. 1:21-cv-00936-AJN
<u>Request to Extend Time to Respond</u>

Dear Judge Nathan:

We represent defendant Mornin_star, Inc. "Mornin_star" in connection with the above-referenced action.  Pursuant to Rule 2B and 2C of Your Honor's Individual Rules, we write with the consent of counsel for Plaintiff Christian Sanchez "Plaintiff", res ectfull  to re uest that the Court extend Morningstar's time to respond to the Complaint from March 9, 2021 to April 8, 2021.  This is Morningstar's first request for an extension of time to respond to the Complaint.

In support of this request, counsel for Morningstar states that it
and that it needs time to become familiar with the relevant facts
to the Complaint.  If granted, this extension will not affect any
As noted above, Plaintiff's counsel consents to this request.

We thank the Court in advance for its consideration of this requ

SO ORDERED.

[signature]

SO ORDERED.     3/4/2021
ALISON J. NATHAN, U.S.D.J.

Respectfully submitted,

/s/ Michael F. Fleming

Michael F. Fleming

*Attorney for Morningstar*

cc: All Counsel of Record (via ECF)

Morgan, Lewis & Bockius LLP

101 Park Avenue
New York, NY  10178-0060            T +1.212.309.6000
United States                       F +1.212.309.6001