# Morgan Lewis

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/2021

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

April 6, 2021

**Via ECF**
The Honorable Alison J. Nathan
United States District Judge
United States District Court
 For the Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

Re:   *Sanchez v. Morningstar, Inc.*, Case No. 1:21-cv-00936-AJN
      **Request to Extend Time to Respond and Adjourn Conference**

Dear Judge Nathan:

We represent defendant Morningstar, Inc. ("Morningstar") in connection with the above-referenced action.  Pursuant to Rule 1C and 1D of Your Honor's Individual Rules, we write, with the consent of counsel for Plaintiff Christian Sanchez ("Plaintiff"), respectfully to request that the Court (a) extend Morningstar's time to respond to the Complaint from April 8, 2021 to May 10, 2021; and (b) adjourn the initial conference scheduled for April 23, 2021 to the afternoon of May 14 or May 21 (after 1:30 and before 3:30 p.m.).  This is Morningstar's second request for an extension of time to respond to the Complaint and first request to adjourn the initial conference.  The Court granted Morningstar's prior request to extend time.

In support of this request, the parties have engaged in preliminary discussions about a potential resolution to the matter.  The requested extension is necessary to allow the parties to continue those discussions without having to engage in potentially unnecessary litigation and motion practice.  If granted, this extension will not affect any other date scheduled in this action.  As noted above, Plaintiff's counsel consents to this request and is available at the proposed adjourned-to initial conference dates.

We thank the Court in advance for its consideration of these requests.

Respectfully submitted,

/s/ *Michael F. Fleming*

Michael F. Fleming

*Attorney for Morningstar*

cc: All Counsel of Record (via ECF)

> The request for an extension to May 10, 2021, to respond to the complaint is GRANTED.  The initial pretrial conference scheduled for April 23, 2021, is adjourned to May 14, 2021, at 3:15 p.m.  SO ORDERED.



SO ORDERED.  4/8/2021
ALISON J. NATHAN, U.S.D.J.

LLP
United States

T +1.212.309.6000
F +1.212.309.6001