# Morgan Lewis

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/7/2021

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

May 5, 2021

**Via ECF**
The Honorable Alison J. Nathan
United States District Judge
United States District Court
 For the Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

Re: *Sanchez v. Morningstar, Inc.*, Case No. 1:21-cv-00936-AJN
    Request to Extend Time to Respond and Adjourn Conference

Dear Judge Nathan:

We represent defendant Morningstar, Inc. ("Morningstar") in connection with the above-referenced action. Pursuant to Rule 1C and 1D of Your Honor's Individual Practices in Civil Cases, we write, with the consent of counsel for Plaintiff Christian Sanchez ("Plaintiff"), respectfully to request that the Court: (a) extend Morningstar's time to respond to the Complaint from May 10, 2021 to June 9, 2021; and (b) adjourn the initial conference scheduled for May 14, 2021 at 3:15 p.m. to a day during the week of June 14-18, 2021 and a time after 1 p.m. that is convenient to the Court. This is Morningstar's third request for an extension of time to respond to the Complaint and second request to adjourn the initial conference. The Court granted each of Morningstar's prior requests.

In support of this request, counsel for Morningstar states that the parties are continuing to engage in productive discussions about a potential early resolution of this matter. If granted, these requests will permit the parties time to continue to focus on those efforts. If granted, these requests will not affect any other date scheduled in this action. As noted above, Plaintiff's counsel consents to these requests and has confirmed his availability to attend a conference during the days and times proposed above.

We thank the Court in advance for its consideration of these requests.

Respectfully submitted,

/s/ *Michael F. Fleming*

Michael F. Fleming

*Attorney for Morningstar*

cc: All Counsel of Record (via ECF)

> The request for an extension of time to respond to the complaint to June 9, 2021, is GRANTED. The initial pretrial conference scheduled for May 14, 2021, is adjourned to June 18, 2021, at 3:15 p.m.
> SO ORDERED.
>
> [signature] 5/7/2021
> SO ORDERED.
> ALISON J. NATHAN, U.S.D.J.

12.309.6000
12.309.6001